MAMIE C. BROWN et al., Appellants, *v.* JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY et al., Respondents.

Submitted December 4, 1942; decided January 14, 1943.

*George S. Wing* for appellants.

*Walter L. Glenney* and *Chauncey L. Grant* for John Hancock Mutual Life Insurance Company, respondent.

Judgments reversed and a new trial granted, with costs to the appellants to abide the event, on the authority of *Cooke* v. *Drigant*, impleaded with *John Hancock Mutual Life Insurance Company* [289 N. Y. 313], decided December 3, 1942. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.